UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAD FRANCIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>2U, INC., a Delaware corporation, and EDX LLC, a Delaware Limited Liability Company,<br><br>*Defendants*. | Civ. Action No. 1:23-cv-12332-MJJ |

**DEFENDANTS 2U, INC. AND EDX LLC'S**
**MOTION TO DISMISS CLASS ACTION COMPLAINT**

Defendants 2U, Inc. ("2U") and edX LLC ("edX") (collectively, "Defendants"), by their attorneys, move to dismiss the Complaint filed by Plaintiff Chad Francis ("Plaintiff"), for failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8 ("Motion"). Defendants request that the dismissal be without leave to amend. In further support of this Motion, Defendants refer the Court to the accompanying Memorandum of Law, and the Declaration of Ali Rabbani and Exhibit in support thereof, filed concurrently herewith.

WHEREFORE, for the reasons discussed in Defendants' accompanying Memorandum of Law, and any other matters that may properly come before the Court in connection with this Motion, Defendants respectfully request that the Court grant this Motion and dismiss the action with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants request a hearing on their motion and the opportunity to present oral argument. Defendants believe that oral argument would likely assist the Court in resolving the Motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Defendants has conferred with counsel for the Plaintiff, and has attempted in good faith to resolve or narrow the issue presented in this motion.

Date: December 15, 2023

Respectfully submitted,

By:   /s/   Susan K. Leader

Susan K. Leader (admitted *pro hac vice*)
Ali R. Rabbani (admitted *pro hac vice*)
Kiaura Clark (admitted *pro hac vice*)
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
susanleader@paulhastings.com
alirabbani@paulhastings.com
kiauraclark@paulhastings.com

/s/ *Sameer P. Sheikh*
Sameer P. Sheikh (BBO #688168)
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Telephone: (202) 551-1834
Facsimile: (202) 551-1705
sameersheikh@paulhastings.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF on December 15, 2023.

      /s/      *Sameer P. Sheikh*
Sameer P. Sheikh