UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Chad Francis,**

V.                        CIVIL ACTION NO. **1:23-cv-12332-MJJ**

**2U, Inc. et al.**

## PROCEDURAL ORDER

**JOUN, D.J.**

In order to avoid the necessity for counsel to appear at periodic status conferences, the Court enters the following Administrative Order:

The above-captioned case is dismissed without prejudice to either party moving to restore it to the docket, upon final determination of bankruptcy proceedings, by filing an appropriate motion.

July 29, 2024

/s/ Steve K. York
--------------------------
**Deputy Clerk**